| | |
|---|---|
| 1 | GEOFFREY A. HANSEN |
| | Acting Federal Public Defender |
| 2 | JOHN PAUL REICHMUTH |
| | Assistant Federal Public Defender |
| 3 | 555 - 12th Street, Suite 650 |
| | Oakland, CA 94607-3627 |
| 4 | Telephone: (510) 637-3500 |
| 5 | Counsel for Defendant GIRMA |

FILED

JUN 1 5 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LULSEGED GIRMA,

    Defendant.

No. CR 10-00406-DMR

STIPULATION TO MODIFY PROBATION
CONDITIONS; [PROPOSED] ORDER

IT IS HEREBY STIPULATED, by and between the parties to this action, that Mr. Girma be permitted to travel to Ethiopia from on or about June 20, 2012 until on or about June 28, 2012 to visit his ailing father and bring his children to the United States to visit for the summer, anticipating a request to travel again at the end of the summer for purposes of returning his children to Ethiopia. Mr. Girma is to provide itinerary and contact information for the entire trip to his Probation Officer before he departs and report to any out of District Office as directed by his Probation Officer. The Probation Officer may permit reasonable variations in these travel plans without seeking further leave of the court.

The Probation Officer has been contacted and objects to the requested travel on the grounds that Mr. Girma did not request permission far enough in advance. The parties are aware

cc: Copy to parties via ECF, Probation

1

that Mr. Girma has already traveled to Ethiopia while on Probation, with permission, and without incident; that he is compliant with his probation and restitution schedule; that his conviction is not related to international travel or his family; and that his contacts in Ethiopia, including his children, were verified at the time of his last trip there.

DATED: June 15, 2012

/s/
WADE RHYNE
Assistant United States Attorney

DATED: June 15, 2012

/s/
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
Counsel for Mr. Girma

ORDER

IT IS HEREBY ORDERED that the probation conditions in this case be modified to permit Mr. Girma to travel to Ethiopia from on or about June 20, 2012 until on or about June 28, 2012. Mr. Girma is to provide itinerary and contact information for the entire trip to his Probation Officer before he departs and report to any other Probation Office as directed by his Probation Officer. The Probation Officer may permit reasonable variations in these travel plans without seeking further leave of the court. Mr. Girma is cautioned that future requests will be denied if not provided to his probation officer with sufficient time for verification.

Dated: 6/15/12

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE